UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

NO. 1:02CV224-T

FILED
ASHEVILLE, N. C.

MAY - 2 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| LOCAL 2-1971 OF PACE INTERNATIONAL UNION; PAPER ALLIED-INDUSTRIAL, CHEMICAL & ENERGY WORKERS INTERNATIONAL UNION, on behalf of members and former member participants in pension plans sponsored by the Defendants; JOY M. O'DELL, RAYMON C. GALLOWAY, JAMES F. SUMNER, W. HARRISON WHITLOCK, HUEY W. HARRIS and GURLIE R. OWEN, on behalf of themselves and others similarly situated,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>LANGDON M. COOPER, Trustee in Bankruptcy for RFS Ecusta, Inc., and RFS U.S., Inc.; RFS ECUSTA INC., as Administrator of the RFS Ecusta Inc. Hourly Employees' Retirement Plan and in its own capacity; DIRECTORS OF RFS ECUSTA INC.; PURICO (IOM) LIMITED; RF & SON, INC.; RFS U.S., INC.; NATHU PURI; STEVEN H. SMITH; TRUSTEE OF THE RFS ECUSTA INC. HOURLY EMPLOYEES' RETIREMENT PLAN; WACHOVIA BANK, N.A.; and TRANSAMERICA BUSINESS CAPITAL CORPORATION,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER DISMISING TRANSAMERICA BUSINESS CAPITAL CORPORATION

The Court having read and considered the Stipulation and Agreement for dismissal of Transamerica Business Capital Corporation, consented to by all parties who have appeared in this action, and with good cause appearing, it is ORDERED that Transamerica Business Capital Corporation is hereby dismissed as a party defendant.

The caption of the case shall be amended accordingly.

This ___2nd___ day of ___May___ , 2005.

LACY H. THORNBURG
UNITED STATES DISTRICT COURT JUDGE