IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:02CV224

| | |
|---|---|
| LOCAL 2-1971 OF PACE INTERNATIONAL UNION; PAPER ALLIED-INDUSTRIAL, CHEMICAL & ENERGY WORKERS INTERNATIONAL UNION, on behalf of members and former member participants in pension plans sponsored by the Defendants; JOY M. O'DELL; RAYMON C. GALLOWAY; JAMES F. SUMNER; W. HARRISON WHITLOCK; HUEY W. HARRIS; and GURLIE R. OWEN, on behalf of themselves and others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| Vs. | ) **O R D E R** ) |
| LANGDON M. COOPER, Trustee in Bankruptcy for RFS Ecusta, Inc., and RFS U.S., Inc.; RFS ECUSTA, INC., as Administrator of the RFS Ecusta, Inc. Hourly Employees' Retirement Plan, and in its own capacity; DIRECTORS OF RFS ECUSTA, INC.; PURICO (IOM) LIMITED; RF & SON, INC.; RFS U.S., INC.; NATHU PURI; STEVEN H. SMITH; TRUSTEE OF THE RFS ECUSTA, INC. HOURLY EMPLOYEES' RETIREMENT PLAN; WACHOVIA BANK, N.A.; and TRANSAMERICA BUSINESS CAPITAL CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on the parties' joint motion to bifurcate the issues regarding calculation of amounts owed to individual workers.

For the reasons stated in the motion, the trial will be bifurcated. If the issue of damages is reached, the Court will refer the matter to a special master.

**IT IS, THEREFORE, ORDERED** that the parties' joint motion to bifurcate is **ALLOWED**.

Lacy H. Thornburg
United States District Judge