# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

Case Number: 1:02CV224

| | |
|---|---|
| PAPER ALLIED-INDUSTRIAL ) <br> CHEMICAL & ENERGY ) <br> ) <br>     Plaintiff, ) <br>   vs. ) <br> ) <br> RFS ECUSTA INC., ET AL ) <br> ) <br>     Defendant ) | **ORDER** |

    The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

    IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

**Signed: May 9, 2005**

Lacy H. Thornburg
United States District Judge