UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

NO. 1:02CV224-T

| | |
|---|---|
| LOCAL 2-1971 OF PACE INTERNATIONAL UNION; PAPER ALLIED-INDUSTRIAL, CHEMICAL & ENERGY WORKERS INTERNATIONAL UNION, on behalf of members and former member participants in pension plans sponsored by the Defendants; JOY M. O'DELL, RAYMON C. GALLOWAY, JAMES F. SUMNER, W. HARRISON WHITLOCK, HUEY W. HARRIS and GURLIE R. OWEN, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> LANGDON M. COOPER, Trustee in Bankruptcy for RFS Ecusta, Inc., and RFS U.S., Inc.; RFS ECUSTA INC., as Administrator of the RFS Ecusta Inc. Hourly Employees' Retirement Plan and in its own capacity; DIRECTORS OF RFS ECUSTA INC.; PURICO (IOM) LIMITED; RF & SON, INC.; RFS U.S., INC.; NATHU PURI; STEVEN H. SMITH; TRUSTEE OF THE RFS ECUSTA INC. HOURLY EMPLOYEES' RETIREMENT PLAN; WACHOVIA BANK, N.A.; and TRANSAMERICA BUSINESS CAPITAL CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## ORDER <u>IN ERISA CASE</u> ONLY DISMISING PURICO DEFENDANTS and RETAINING JURISDICTION FOR MATTERS RELATED TO RFS ECUSTA HOURLY AND SALARIED PENSION PLANS

The Court having read and considered the Stipulation and Agreement for

dismissal of defendants Directors of RFS Ecusta, Inc., PURICO (IOM) LIMITED, RF &

SON, Inc., RFS US Inc., Nathu Puri, and Steven H. Smith, Trustee of the RFS Ecusta Hourly Employees Pension Plan (the "Purico Defendants"), consented to by all parties and with good cause appearing, it is ORDERED that the Purico defendants are hereby dismissed as party defendants in the ERISA case only. The caption of the case shall be amended accordingly. It is further ORDERED that the ERISA case shall remain open and the Court will continue to exercise jurisdiction to allow Trustee Langdon Cooper to finalize disposition of the RFS Ecusta, Inc., Hourly and Salaried Pension Plans upon such terms as the Court shall approve.

It is so ORDERED this 11th day of May, 2005.

LACY H. THORNBURG
UNITED STATES DISTRICT COURT JUDGE