LOCAL 2-1971 OF PACE INTERNATIONAL
UNION, PAPER ALLIED-INDUSTRIAL,
CHEMICAL & ENERGY WORKERS
INTERNATIONAL UNION, on behalf of members
and former member participants in pension plans
sponsored by the Defendants; JOY M. O'DELL,
RAYMON C. GALLOWAY, JAMES F. SUMNER,
W. HARRISON WHITLOCK, HUEY W. HARRIS
and GURLIE R. OWEN, on behalf of themselves
and others similarly situated,

      Plaintiffs,

      v.                                   Case No. 1:02cv224-T

LANGDON M. COOPER Trustee in Bankruptcy
for RFS Ecusta, Inc. and RFS U.S., Inc.; RFS
ECUSTA, INC.; PURICO (IOM), LTD.; RF & SON,
INC.; NATHU PURI

      Defendants.

## JUDGMENT

This action[1] proceeded to trial before the Court in May 2005 under

the Workers Adjustment and Retraining Notification Act ("WARN Act"), 29

U.S.C. §§ 2101 *et seq.*  The undersigned having read and considered the

submissions of the parties and the Memorandum of Decision on March 31,

2006 having issued, judgment shall be entered in favor of the Plaintiffs and

against the Defendants Langdon M. Cooper, Trustee in Bankruptcy for

RFS Ecusta, Inc. and Nathu Puri,[2] jointly and severally, as follows:

---

[1] Filed as Local 2-1971 of Pace International Union and *Paper Allied-Industrial Chemical & Energy Workers International Union AFL-CIO, on behalf of represented employees v. RFS Ecusta, Inc; Purico (IOM); Limited; RF & Son Inc.; RFS U.S. Inc.; Nathu Puri; and Transamerica Business Capital Corporation*, Case No. 1:02-cv-00230-T, and consolidated herewith.

[2] The judgment against defendant Langdon M. Cooper, as Chapter 7 Trustee for the estates of RFS Ecusta, Inc. and RFS US Inc. (together, the "Debtors"), is subject to allowance in the Debtors' bankruptcy cases pursuant to the Bankruptcy Code and the Order entered by the

1.
    WARN Act damages of $3,081,700.19 in aggregate back pay to employees, plus prejudgment interest in the aggregate amount of $525,738.05, for a total of $3,607,438.24, as payment of back pay plus interest to individual employees in the amounts as follows:

| Last Name | First Name | MI | Jr\Sr | Gross Back Pay (Avg Wkly Erngs x 8.4) | Interest due (17.06%) on Gross Back Pay | Gross Back Pay Plus Interest |
|---|---|---|---|---|---|---|
| Acosta | Austroberto | | | 5,850.98 | 998.18 | 6,849.16 |
| Aiken | Donald | L. | | 6,822.14 | 1,163.86 | 7,986.00 |
| Aiken | Helen | Jo | | 5,191.62 | 885.69 | 6,077.31 |
| Aiken | Leogy | William | | 6,469.98 | 1,103.78 | 7,573.76 |
| Aiken | Lester | M. | | 7,952.74 | 1,356.74 | 9,309.47 |
| Akers | Roy | Dean | | 6,060.24 | 1,033.88 | 7,094.12 |
| Almany | Maurice | G. | Jr. | 7,472.76 | 1,274.85 | 8,747.61 |
| Almany | Walter | Dwayne | | 6,138.92 | 1,047.30 | 7,186.22 |
| Anders | Ronald | Elliott | | 5,363.75 | 915.06 | 6,278.80 |
| Ansari | Mohammad | Faris | | 8,051.58 | 1,373.60 | 9,425.18 |
| Ashe | Gary | R. | | 7,342.43 | 1,252.62 | 8,595.05 |
| Ashe | Paul | Bennett | | 6,331.07 | 1,080.08 | 7,411.15 |
| Ashe | Raymond | E. | | 7,684.42 | 1,310.96 | 8,995.38 |
| Ashe | Steve | Ernest | | 6,400.92 | 1,092.00 | 7,492.91 |
| Atwell | Randy | H. | | 5,528.64 | 943.19 | 6,471.83 |
| Ayers | Deborah | O. | | 7,180.99 | 1,225.08 | 8,406.07 |
| Ayers | Kenneth | Daniel | Jr. | 6,558.13 | 1,118.82 | 7,676.95 |
| Ayers | Lynda | Lou | | 5,397.62 | 920.83 | 6,318.46 |
| Bagwell | Judith | Edenfield | | 5,940.31 | 1,013.42 | 6,953.72 |
| Bailey | Robert | S. | | 6,124.03 | 1,044.76 | 7,168.79 |
| Baines | Joyce | Christine | | 5,714.27 | 974.85 | 6,689.12 |
| Baker | David | L. | | 6,345.98 | 1,082.62 | 7,428.61 |
| Baldwin | Harold | Stephen | | 6,842.68 | 1,167.36 | 8,010.04 |

Bankruptcy Court for the Western District of North Carolina on June 19, 2003 granting PACE's motion for relief from the automatic stay.

    Also, Defendant Nathu Puri clarifies that he engaged in the computation in accordance with the Court's Order and formula and on the understanding that such computations were based upon the Court's rulings as to liability and Defendants' good-faith defenses. However, he only engaged in such computations subject to full reservation of rights, without any prejudice whatsoever, to pursue any and all appellate issues presented in this case by the Court's rulings and decision in this matter. However, should an appeal of the underlying rulings by the trial court by Nathu Puri fail, thereby requiring payment of damages as ordered by the trial court, including pre-judgment interest, he agrees not to dispute the computation damages and pre-judgment interest agreed to by the Parties as set forth herein.

| | | | | | | |
|---|---|---|---|---|---|---|
| Ball | Bruce | | | 6,118.72 | 1,043.85 | 7,162.57 |
| Ball | Dewayne | Allen | | 6,763.90 | 1,153.92 | 7,917.82 |
| Banks | Charles | Larry | | 6,650.67 | 1,134.60 | 7,785.27 |
| Barnett | Johnny | E. | | 5,677.49 | 968.58 | 6,646.07 |
| Barton | William | Alton | | 8,509.99 | 1,451.80 | 9,961.80 |
| Batson | Bryan | Kevin | | 6,039.01 | 1,030.26 | 7,069.27 |
| Baynard | Michael | Lee | | 7,145.42 | 1,219.01 | 8,364.43 |
| Bishop | Michael | Carl | | 6,676.06 | 1,138.94 | 7,815.00 |
| Bracken | Edwin | Arnold | | 7,081.45 | 1,208.10 | 8,289.55 |
| Bradley | Arnold | E. | | 6,380.64 | 1,088.54 | 7,469.18 |
| Bradley | Delilah | Mills | | 5,892.86 | 1,005.32 | 6,898.18 |
| Breedlove | Donna | Kaye | | 5,700.01 | 972.42 | 6,672.43 |
| Brevard | Gregory | Thomas | | 5,689.02 | 970.55 | 6,659.57 |
| Briggs | Charles | Robert | | 6,323.12 | 1,078.72 | 7,401.84 |
| Broome | Mark | Stanley | | 6,539.39 | 1,115.62 | 7,655.01 |
| Brown | Jimmy | | | 7,254.75 | 1,237.66 | 8,492.41 |
| Brown | Mildred | P. | | 6,118.38 | 1,043.80 | 7,162.18 |
| Brown | Ronnie | D. | | 5,656.22 | 964.95 | 6,621.18 |
| Brown | William | Jenning | | 6,277.78 | 1,070.99 | 7,348.76 |
| Bryson | Harris | Keith | | 8,381.30 | 1,429.85 | 9,811.15 |
| Bryson | James | Richard | Jr. | 6,029.83 | 1,028.69 | 7,058.51 |
| Bryson | Phyllis | L. | | 5,093.61 | 868.97 | 5,962.58 |
| Bryson | William | P. | Jr. | 7,504.04 | 1,280.19 | 8,784.22 |
| Buckner | David | Vern | | 6,732.74 | 1,148.61 | 7,881.35 |
| Burch | Robert | L. | | 6,243.62 | 1,065.16 | 7,308.79 |
| Burgess | Norma | F. | | 5,654.26 | 964.62 | 6,618.88 |
| Burnette | Charles | Ralph | | 6,789.40 | 1,158.27 | 7,947.67 |
| Burnette | Wanda | O. | | 6,123.13 | 1,044.61 | 7,167.74 |
| Burns | Clarence | Dewey | | 7,983.40 | 1,361.97 | 9,345.36 |
| Burrell | Glenn | Bruce | | 7,240.56 | 1,235.24 | 8,475.80 |
| Cagle | Chester | Allen | | 7,008.61 | 1,195.67 | 8,204.27 |
| Cagle | Larry | Odell | | 5,742.19 | 979.62 | 6,721.81 |
| Cantrell | Judy | Paulette | | 5,281.51 | 901.02 | 6,182.53 |
| Cantrell | Louis | | | 6,286.85 | 1,072.54 | 7,359.39 |
| Chapman | Ola | Roger | | 5,970.46 | 1,018.56 | 6,989.02 |
| Chappell | Clark | Walter | | 5,830.85 | 994.74 | 6,825.59 |
| Chappell | Edith | Jo | | 5,946.64 | 1,014.50 | 6,961.13 |
| Chappell | Robert | Keith | | 6,767.50 | 1,154.53 | 7,922.03 |
| Chatman | Harold | | | 6,719.45 | 1,146.34 | 7,865.79 |
| Chatman | Ruby | Jean | | 5,087.92 | 868.00 | 5,955.91 |
| Clark | James | | Jr. | 5,348.17 | 912.40 | 6,260.57 |
| Clayton | Teresa | N. | | 6,362.24 | 1,085.40 | 7,447.63 |
| Clayton | Tommy | Gene | | 6,644.50 | 1,133.55 | 7,778.05 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Coleman | Harry | T. | | 7,088.27 | 1,209.26 | 8,297.53 |
| Coleman | William | R. | | 7,695.44 | 1,312.84 | 9,008.28 |
| Collins | Jerry | B. | | 6,952.78 | 1,186.14 | 8,138.93 |
| Conley | Barry | Lee | | 6,167.14 | 1,052.11 | 7,219.26 |
| Cook | Jesse | N. | | 8,361.74 | 1,426.51 | 9,788.26 |
| Cooke | Randall | Haynes | | 7,638.46 | 1,303.12 | 8,941.58 |
| Cooke | Roger | Dean | | 6,755.87 | 1,152.55 | 7,908.42 |
| Cooper | Douglas | Wayne | | 6,631.46 | 1,131.33 | 7,762.79 |
| Corhn | John | Henry | Jr. | 6,724.91 | 1,147.27 | 7,872.18 |
| Corn | Harold | L. | | 7,228.57 | 1,233.19 | 8,461.76 |
| Corn | Jeffrey | Leland | | 7,143.44 | 1,218.67 | 8,362.11 |
| Corn | Nancy | Reese | | 5,714.57 | 974.91 | 6,689.48 |
| Cowart | Lewis | H. | | 5,491.96 | 936.93 | 6,428.89 |
| Cox | James | Allen | | 6,692.36 | 1,141.72 | 7,834.07 |
| Cox | Robin | Dwain | | 7,697.58 | 1,313.21 | 9,010.79 |
| Craig | Frances | H. | | 5,413.27 | 923.50 | 6,336.77 |
| Crane | Harry | L. | Jr. | 6,182.81 | 1,054.79 | 7,237.60 |
| Crane | Patricia | Annette | | 5,549.54 | 946.75 | 6,496.30 |
| Crane | Robert | Lee | | 7,920.97 | 1,351.32 | 9,272.29 |
| Creasman | Frances | Conley | | 6,105.93 | 1,041.67 | 7,147.60 |
| Crowe | James | Lynell | | 6,053.98 | 1,032.81 | 7,086.78 |
| Crowe | Robert | S. | | 8,498.59 | 1,449.86 | 9,948.45 |
| Crowe | Roger | Dale | | 7,397.88 | 1,262.08 | 8,659.95 |
| Cubero | Frank | | Jr. | 5,429.84 | 926.33 | 6,356.17 |
| Cunningham | Charles | L. | | 7,509.41 | 1,281.11 | 8,790.52 |
| Curlee | Lewis | Earl | | 7,390.44 | 1,260.81 | 8,651.25 |
| Dalton | Jimmie | Howard | | 5,819.37 | 992.78 | 6,812.15 |
| Daves | Jessie | Cecil | | 8,438.79 | 1,439.66 | 9,878.45 |
| Davis | Charles | Albert | | 5,565.94 | 949.55 | 6,515.49 |
| Davis | Charles | R. | | 5,861.05 | 999.90 | 6,860.95 |
| Dellinger | Ralph | Wayne | | 6,226.31 | 1,062.21 | 7,288.52 |
| Dillard | Charles | Barry | | 6,495.74 | 1,108.17 | 7,603.91 |
| Dillard | Terry | Lee | | 7,340.09 | 1,252.22 | 8,592.31 |
| Dodson | James | Ross | | 6,435.92 | 1,097.97 | 7,533.89 |
| Dodson | John | Phillip | | 7,156.27 | 1,220.86 | 8,377.13 |
| Dodson | Teresa | A. | | 5,931.50 | 1,011.91 | 6,943.41 |
| Duncan | Malinda | S. | | 5,755.04 | 981.81 | 6,736.84 |
| Duncan | Ronnie | Lee | | 6,261.19 | 1,068.16 | 7,329.34 |
| Edwards | John | Nelson | | 3,773.64 | 643.78 | 4,417.42 |
| Elliott | Angela | K. | | 5,163.06 | 880.82 | 6,043.88 |
| Elliott | Grady | I. | Jr. | 7,934.29 | 1,353.59 | 9,287.88 |
| English | Ronnie | Carl | | 5,952.00 | 1,015.41 | 6,967.41 |
| Ervin | Ronald | C. | | 5,989.57 | 1,021.82 | 7,011.39 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Eubanks | Angelia | D. | | 5,643.40 | 962.76 | 6,606.17 |
| Eubanks | Wayne | | | 5,736.49 | 978.65 | 6,715.14 |
| Fair | Vonda | Houck | | 7,021.52 | 1,197.87 | 8,219.39 |
| Figueroa | Louis | | | 6,464.44 | 1,102.83 | 7,567.27 |
| Fisher | Douglas | Leon | Jr. | 6,188.15 | 1,055.70 | 7,243.85 |
| Fisher | Glenville | Ray | | 6,147.95 | 1,048.84 | 7,196.79 |
| Fisher | Harold | R. | Sr. | 6,209.90 | 1,059.41 | 7,269.30 |
| Fisher | Larry | Keith | | 5,827.63 | 994.19 | 6,821.82 |
| Fleming | Jeffrey | Redden | | 6,722.60 | 1,146.88 | 7,869.48 |
| Fletcher | Calvin | | | 7,135.59 | 1,217.33 | 8,352.92 |
| Fletcher | Irma | Y. | | 6,234.48 | 1,063.60 | 7,298.08 |
| Fletcher | Steven | Michael | | 5,548.03 | 946.49 | 6,494.53 |
| Foster | Timothy | I. | | 4,436.71 | 756.90 | 5,193.62 |
| Foster | Victor | L. | | 6,637.47 | 1,132.35 | 7,769.82 |
| Foster | Wallace | K. | Jr. | 6,570.45 | 1,120.92 | 7,691.37 |
| Franklin | Catherine | L. | | 5,384.19 | 918.54 | 6,302.74 |
| Franks | Charles | Randall | | 6,739.15 | 1,149.70 | 7,888.85 |
| Freeman | David | Rogers | | 6,246.30 | 1,065.62 | 7,311.92 |
| Freeman | Roy | C. | | 6,191.78 | 1,056.32 | 7,248.10 |
| Frisbee | Jerry | M. | | 6,572.70 | 1,121.30 | 7,694.01 |
| Gaddy | Lawrence | E. | | 6,064.81 | 1,034.66 | 7,099.47 |
| Gaddy | Sylvia | Jean | | 5,599.34 | 955.25 | 6,554.59 |
| Galloway | Boyce | Jimmy | | 7,293.89 | 1,244.34 | 8,538.23 |
| Galloway | Clyde | Eugene | | 8,062.74 | 1,375.50 | 9,438.24 |
| Galloway | Erick | | | 4,184.28 | 713.84 | 4,898.12 |
| Galloway | Gary | Martin | | 7,704.38 | 1,314.37 | 9,018.75 |
| Galloway | J. | C. | | 6,967.30 | 1,188.62 | 8,155.92 |
| Galloway | James | Alee | | 6,697.73 | 1,142.63 | 7,840.36 |
| Galloway | Keith | Houston | | 5,094.14 | 869.06 | 5,963.20 |
| Galloway | Mary | T. | | 5,835.86 | 995.60 | 6,831.46 |
| Galloway | Michael | Wallace | | 7,374.24 | 1,258.05 | 8,632.29 |
| Galloway | Robert | Terry | | 6,884.39 | 1,174.48 | 8,058.87 |
| Galloway | William | T. | | 4,253.34 | 725.62 | 4,978.96 |
| Gantt | Roy | O. | | 6,586.52 | 1,123.66 | 7,710.18 |
| Garlits | Paul | Wayne | | 6,492.30 | 1,107.59 | 7,599.89 |
| Garren | Brandon | Lloyd | | 6,422.11 | 1,095.61 | 7,517.72 |
| Garren | Gerald | H. | | 7,567.20 | 1,290.96 | 8,858.16 |
| Garren | Robert | Larry | | 6,084.00 | 1,037.93 | 7,121.93 |
| Garren | Sharon | L. | | 3,035.59 | 517.87 | 3,553.46 |
| Garren | William | Eugene | Jr. | 7,996.64 | 1,364.23 | 9,360.86 |
| Garren | William | Max | | 7,063.98 | 1,205.11 | 8,269.09 |
| Garrett | James | Mitchell | | 5,560.78 | 948.67 | 6,509.45 |
| Gash | Dwight | Lavern | | 7,085.72 | 1,208.82 | 8,294.54 |

| | | | | | |
|---|---|---|---|---|---|
| Gasperson | Paulette | Hooper | 7,659.56 | 1,306.72 | 8,966.28 |
| Gasperson | Roger | E. | 7,053.38 | 1,203.31 | 8,256.69 |
| Gentry | John | Ray | 5,904.78 | 1,007.36 | 6,912.14 |
| Gillespie | Donna | C. | 5,989.57 | 1,021.82 | 7,011.39 |
| Gillespie | Michael | Henry | 7,146.67 | 1,219.22 | 8,365.89 |
| Gillespie | Roger | Dale | 8,013.60 | 1,367.12 | 9,380.72 |
| Gillespie | Thomas | William | 6,900.02 | 1,177.14 | 8,077.17 |
| Good | Thomas | Joseph | 6,561.65 | 1,119.42 | 7,681.07 |
| Goodson | James | A. | 6,375.74 | 1,087.70 | 7,463.44 |
| Gordon | Vincent | Alexander | 6,147.90 | 1,048.83 | 7,196.73 |
| Graham | Ronnie | Lee | 7,063.11 | 1,204.97 | 8,268.08 |
| Gravley | James | R. | 7,011.83 | 1,196.22 | 8,208.05 |
| Green | Raymond | | 5,540.41 | 945.19 | 6,485.60 |
| Gregory | Larry | Wilson | 7,292.66 | 1,244.13 | 8,536.78 |
| Griffin | William | Leonard | 6,817.16 | 1,163.01 | 7,980.16 |
| Guice | David | Monroe | 7,224.29 | 1,232.46 | 8,456.75 |
| Guice | Kenneth | Wayne | 5,915.24 | 1,009.14 | 6,924.38 |
| Hall | Dennis | Howard | 5,775.31 | 985.27 | 6,760.58 |
| Harris | Huey | William  Jr. | 7,068.14 | 1,205.82 | 8,273.96 |
| Heatherly | Larry | Kendall | 5,693.74 | 971.35 | 6,665.09 |
| Hensley | Barry | Keith | 7,233.17 | 1,233.98 | 8,467.15 |
| Hipp | Raymond | Dennis | 7,082.21 | 1,208.22 | 8,290.43 |
| Holden | Robert | Gary | 8,219.87 | 1,402.31 | 9,622.18 |
| Holland | Harold | Dean | 5,922.27 | 1,010.34 | 6,932.61 |
| Holland | Lyle | Richard | 5,942.61 | 1,013.81 | 6,956.42 |
| Holland | Marvin | K. | 7,817.36 | 1,333.64 | 9,151.00 |
| Holliday | Gary | David | 7,169.79 | 1,223.17 | 8,392.96 |
| Hooper | Dwight | D. | 5,825.37 | 993.81 | 6,819.18 |
| Hooper | Kevin | L. | 6,918.33 | 1,180.27 | 8,098.60 |
| Howell | Samuel | O.          Jr. | 6,291.70 | 1,073.36 | 7,365.07 |
| Hoxit | Archie | Eugene | 6,860.93 | 1,170.47 | 8,031.40 |
| Hoxit | Bobby | D. | 6,031.53 | 1,028.98 | 7,060.51 |
| Hoxit | Harold | Thomas | 6,651.76 | 1,134.79 | 7,786.55 |
| Hoxit | Raymond | Ronnie | 5,750.87 | 981.10 | 6,731.97 |
| Hoxit | Roy | | 7,019.70 | 1,197.56 | 8,217.26 |
| Hoyle | Jane | D. | 6,210.19 | 1,059.46 | 7,269.64 |
| Hubert | Roy | Davis | 6,395.40 | 1,091.06 | 7,486.46 |
| Hudson | Charles | E. | 6,549.31 | 1,117.31 | 7,666.62 |
| Hudson | Rachael | C. | 6,270.22 | 1,069.70 | 7,339.92 |
| Hughey | Sarah | G. | 5,830.85 | 994.74 | 6,825.59 |
| Inman | Terry | W. | 5,929.47 | 1,011.57 | 6,941.03 |
| Jackson | Burgin | Grover | 8,624.72 | 1,471.38 | 10,096.09 |
| Jackson | Darrell | Eugene | 7,154.24 | 1,220.51 | 8,374.75 |

| | | | | | |
|---|---|---|---|---|---|
| Jarrett | Douglas | L. | 6,968.64 | 1,188.85 | 8,157.49 |
| Johnson | Charles | L. | 7,366.49 | 1,256.72 | 8,623.21 |
| Johnson | Flora | E. | 4,327.76 | 738.32 | 5,066.08 |
| Johnson | Jerry | Lynn | 7,013.60 | 1,196.52 | 8,210.11 |
| Johnson | Johnny | Wayne | 5,656.22 | 964.95 | 6,621.18 |
| Johnston | Sharon | Stamey | 5,319.32 | 907.48 | 6,226.80 |
| Johnstone | Cecelia | Whitesides | 5,741.89 | 979.57 | 6,721.46 |
| Jones | Charles | Lewis | 6,742.98 | 1,150.35 | 7,893.34 |
| Jones | Mark | Anthony | 7,736.24 | 1,319.80 | 9,056.05 |
| Jones | Maurice | Lamont | 5,674.58 | 968.08 | 6,642.66 |
| Jones | Spencer | L. | 7,560.80 | 1,289.87 | 8,850.67 |
| Jones | Vernon | C. | 6,225.87 | 1,062.13 | 7,288.00 |
| Kaiser | Julius | Herman III | 7,902.37 | 1,348.14 | 9,250.51 |
| Keenum | Charles | Herbert | 6,580.04 | 1,122.55 | 7,702.59 |
| Kenney | Carolyn | McCall | 5,969.67 | 1,018.43 | 6,988.10 |
| Kilgore | James | Thomas | 6,448.41 | 1,100.10 | 7,548.51 |
| King | Mitchell | M. | 6,189.53 | 1,055.93 | 7,245.46 |
| Lambert | Robert | E. | 6,578.26 | 1,122.25 | 7,700.51 |
| Lancaster | William | Maurice | 6,167.34 | 1,052.15 | 7,219.49 |
| Lance | Brandon | Michael | 6,023.36 | 1,027.59 | 7,050.95 |
| Lance | Dan | | 8,225.57 | 1,403.28 | 9,628.85 |
| Lance | Hilda | Frances | 6,827.11 | 1,164.71 | 7,991.82 |
| Lance | Ray | A. | 5,817.51 | 992.47 | 6,809.98 |
| Landreth | Christopher | John | 5,857.87 | 999.35 | 6,857.22 |
| Landreth | David | Leon | 7,729.34 | 1,318.63 | 9,047.97 |
| Landreth | Stephen | L. | 7,965.86 | 1,358.98 | 9,324.84 |
| Lankford | Wales | Randall Jr. | 7,021.51 | 1,197.87 | 8,219.38 |
| Larkin | Victoria | M. | 5,849.41 | 997.91 | 6,847.32 |
| Leopard | Thomas | Gerald | 6,535.22 | 1,114.91 | 7,650.13 |
| Leopard | Thomas | Ray | 7,098.52 | 1,211.01 | 8,309.52 |
| Leslie | Phil | J. | 6,985.44 | 1,191.72 | 8,177.16 |
| Leverette | Larry | Dean | 6,566.33 | 1,120.22 | 7,686.55 |
| Lewis | Jerry | Phillip | 5,878.80 | 1,002.92 | 6,881.72 |
| Lewis | Wilma | | 6,196.18 | 1,057.07 | 7,253.24 |
| Livingston | Guy | Douglas | 5,735.96 | 978.55 | 6,714.51 |
| Long | Steven | Wayne | 5,742.15 | 979.61 | 6,721.76 |
| Lowery | Carolyn | Henson | 5,705.06 | 973.28 | 6,678.35 |
| Lowery | Douglas | Barnard Sr. | 8,139.15 | 1,388.54 | 9,527.69 |
| Lyday | Ernest | Steve | 7,698.07 | 1,313.29 | 9,011.36 |
| Lynch | Jack | | 5,901.94 | 1,006.87 | 6,908.81 |
| Lynch | Kelly | Lee | 6,079.11 | 1,037.10 | 7,116.21 |
| Lynch | Vincent | E. | 6,176.31 | 1,053.68 | 7,229.99 |
| Maney | Bruce | Wayne | 6,625.80 | 1,130.36 | 7,756.16 |

| Mann | Johnny | Keith | | 4,489.95 | 765.99 | 5,255.94 |
|------|--------|-------|--|----------|--------|----------|
| Mann | Ralph | Leon | Jr. | 6,923.45 | 1,181.14 | 8,104.58 |
| Mann | Terry | Keith | | 8,232.81 | 1,404.52 | 9,637.33 |
| Marlowe | John | Steven | | 7,848.24 | 1,338.91 | 9,187.15 |
| Marlowe | Patricia | B. | | 5,409.94 | 922.94 | 6,332.87 |
| Marshall | Donald | K. | | 6,186.56 | 1,055.43 | 7,241.99 |
| Martin | Jerome | Scott | | 6,959.70 | 1,187.33 | 8,147.03 |
| Mathis | Ruth | R. | | 5,556.10 | 947.87 | 6,503.97 |
| McBride | Thomas | Edward | | 6,148.43 | 1,048.92 | 7,197.36 |
| McCall | Danny | Lee | | 6,044.29 | 1,031.16 | 7,075.45 |
| McCall | Gary | L. | | 7,320.71 | 1,248.91 | 8,569.62 |
| McCall | Gerald | Steve | | 7,613.46 | 1,298.86 | 8,912.32 |
| McCall | James | David | | 6,022.78 | 1,027.49 | 7,050.27 |
| McCall | Margaret | M. | | 6,113.02 | 1,042.88 | 7,155.90 |
| McCall | Robert | D. | | 6,571.00 | 1,121.01 | 7,692.01 |
| McCall | Stanley | Dale | | 6,641.15 | 1,132.98 | 7,774.12 |
| McCall | Tommy | Lee | | 6,014.07 | 1,026.00 | 7,040.07 |
| McCall | Tony | Sylvanance | | 6,583.11 | 1,123.08 | 7,706.19 |
| McCall | Tracy | Devon | | 6,038.56 | 1,030.18 | 7,068.74 |
| McCauley | Phillip | Martin | | 5,928.44 | 1,011.39 | 6,939.84 |
| McCauley | Ronald | E. | | 6,092.14 | 1,039.32 | 7,131.45 |
| McClain | Leon | B. | Sr. | 5,164.24 | 881.02 | 6,045.25 |
| McCrary | Arnold | Eugene | | 5,407.32 | 922.49 | 6,329.81 |
| McCrary | Frederick | E. | | 7,182.25 | 1,225.29 | 8,407.54 |
| McCrary | Robert | Dale | | 6,433.77 | 1,097.60 | 7,531.37 |
| McCrary | Sherrell | Preston | | 5,797.07 | 988.98 | 6,786.05 |
| McDaniel | Margaret | Smith | | 5,925.75 | 1,010.93 | 6,936.68 |
| McDuffie | Robert | Anthony | | 6,699.47 | 1,142.93 | 7,842.40 |
| McFadden | Stephen | Franklin | | 6,733.78 | 1,148.78 | 7,882.56 |
| McGaha | Jimmy | E. | Sr. | 7,221.73 | 1,232.03 | 8,453.76 |
| McIntyre | Kenneth | G. | | 7,343.34 | 1,252.77 | 8,596.11 |
| McJunkin | Daniel | Lee | | 6,154.36 | 1,049.93 | 7,204.29 |
| McKelvey | Freda | Chapman | | 6,440.40 | 1,098.73 | 7,539.13 |
| McKelvey | William | Perry | | 7,283.59 | 1,242.58 | 8,526.17 |
| Meece | Eric | C. | | 6,239.72 | 1,064.50 | 7,304.22 |
| Metz | Edwina | Pat | | 5,608.68 | 956.84 | 6,565.52 |
| Miller | Gary | Allen | | 5,943.95 | 1,014.04 | 6,957.99 |
| Miller | Larry | Allen | | 6,929.48 | 1,182.17 | 8,111.65 |
| Monteith | Gary | Michael | | 7,031.39 | 1,199.55 | 8,230.94 |
| Moody | Gerald | L. | | 6,243.05 | 1,065.06 | 7,308.11 |
| Moody | Loretta | C. | | 5,653.62 | 964.51 | 6,618.13 |
| Mooney | Benny | L. | | 6,252.39 | 1,066.66 | 7,319.04 |
| Moore | Charles | Ray | | 5,468.97 | 933.01 | 6,401.98 |

| Moore | Diane | T. | 5,860.76 | 999.85 | 6,860.61 |
|---|---|---|---|---|---|
| Moore | Thomas | J. | 6,019.09 | 1,026.86 | 7,045.95 |
| Morgan | Deborah | Ann | 5,809.51 | 991.10 | 6,800.61 |
| Morgan | Gary | Pace | 7,288.43 | 1,243.41 | 8,531.84 |
| Morgan | Helen | Reid | 7,278.46 | 1,241.71 | 8,520.16 |
| Morgan | Timothy | Bruce | 7,326.43 | 1,249.89 | 8,576.32 |
| Morgan | Troy | Leon | 5,807.39 | 990.74 | 6,798.14 |
| Morgan | William | A. | 6,889.00 | 1,175.26 | 8,064.26 |
| Morris | Kenneth | W. | 8,046.70 | 1,372.77 | 9,419.46 |
| Morris | Stephen | O. | 7,318.70 | 1,248.57 | 8,567.27 |
| Morris | Thomas | Harold | 6,311.59 | 1,076.76 | 7,388.35 |
| Morrison | Charles | Howard | 6,197.42 | 1,057.28 | 7,254.69 |
| Mull | Merry | Deanna | 6,627.65 | 1,130.68 | 7,758.32 |
| Murdock | Carolyn | P. | 5,766.11 | 983.70 | 6,749.81 |
| Myers | Jeffrey | Scott | 6,195.11 | 1,056.89 | 7,251.99 |
| Nicholson | Alan | Keith | 6,592.63 | 1,124.70 | 7,717.34 |
| Nicholson | Michael | | 6,388.97 | 1,089.96 | 7,478.93 |
| Nicholson | Roger | Finlay | 8,765.31 | 1,495.36 | 10,260.67 |
| Norman | George | Ray | 7,247.89 | 1,236.49 | 8,484.38 |
| Norris | David | Edward | 6,360.79 | 1,085.15 | 7,445.94 |
| Norton | Ralph | R. | 6,990.83 | 1,192.64 | 8,183.47 |
| Norton | Roderick | L. | 6,478.63 | 1,105.25 | 7,583.89 |
| O'Dell | Joseph | P. | 6,118.39 | 1,043.80 | 7,162.18 |
| Orr | Howard | Roger | 6,219.72 | 1,061.08 | 7,280.80 |
| Orr | James | Lynn | 6,046.95 | 1,031.61 | 7,078.56 |
| Owen | Berlin | C. | 7,143.66 | 1,218.71 | 8,362.37 |
| Owen | Bonnie | S. | 5,248.38 | 895.37 | 6,143.76 |
| Owen | Carrol | Fisher | 5,518.01 | 941.37 | 6,459.38 |
| Owen | Ernest | L. | 5,892.97 | 1,005.34 | 6,898.31 |
| Owen | Eugene | | 6,246.30 | 1,065.62 | 7,311.92 |
| Owen | Fonda | I. | 7,052.80 | 1,203.21 | 8,256.00 |
| Owen | Gary | Lewis | 6,363.66 | 1,085.64 | 7,449.30 |
| Owen | Glenda | Faye | 6,095.23 | 1,039.85 | 7,135.08 |
| Owen | Grady | Colombus | 6,538.50 | 1,115.47 | 7,653.97 |
| Owen | Gurlie | Ralph | 6,461.55 | 1,102.34 | 7,563.89 |
| Owen | Hoyt | E. | 6,909.25 | 1,178.72 | 8,087.96 |
| Owen | James | William | 6,164.00 | 1,051.58 | 7,215.58 |
| Owen | Jerry | Steve | 7,517.66 | 1,282.51 | 8,800.18 |
| Owen | John | Everette | 5,930.54 | 1,011.75 | 6,942.28 |
| Owen | John | Houston | 6,837.19 | 1,166.42 | 8,003.61 |
| Owen | Michael | Gary | 6,139.83 | 1,047.46 | 7,187.29 |
| Owen | Ronald | Lloyd | 6,139.95 | 1,047.48 | 7,187.43 |
| Owen | Stephen | Lee | 6,607.10 | 1,127.17 | 7,734.28 |

| | | | | | |
|---|---|---|---|---|---|
| Owen | Troy | Cecil | 7,598.90 | 1,296.37 | 8,895.27 |
| Owen | Walter | A. | 6,163.00 | 1,051.41 | 7,214.41 |
| Owen | Willie | Sherman | 7,181.64 | 1,225.19 | 8,406.83 |
| Owens | S. | T. | 8,028.28 | 1,369.62 | 9,397.91 |
| Pace | Charles | Edward | 5,802.26 | 989.87 | 6,792.12 |
| Pangle | Alan | W. | 7,223.78 | 1,232.38 | 8,456.16 |
| Parker | Angela | Darlene | 7,683.49 | 1,310.80 | 8,994.30 |
| Patterson | Leva | Darlene | 5,667.55 | 966.88 | 6,634.44 |
| Payne | Kenneth | A. | 7,911.69 | 1,349.73 | 9,261.42 |
| Payne | Robert | A. | 6,042.08 | 1,030.78 | 7,072.85 |
| Perry | Michael | L. | 6,298.70 | 1,074.56 | 7,373.26 |
| Pharr | David | Royce | 7,477.24 | 1,275.62 | 8,752.86 |
| Phillips | Robin | Terry | 5,935.85 | 1,012.66 | 6,948.50 |
| Pierson | Larry | J. | 5,753.09 | 981.48 | 6,734.56 |
| Ponder | Ronnie | D. | 6,189.08 | 1,055.86 | 7,244.94 |
| Poole | Danny | Charles | 7,768.36 | 1,325.28 | 9,093.64 |
| Pope | Craig | Neal | 7,391.08 | 1,260.92 | 8,652.00 |
| Powell | Harry | M. | 6,276.71 | 1,070.81 | 7,347.51 |
| Powell | Harry | R. | 6,506.09 | 1,109.94 | 7,616.02 |
| Powell | Jerry | E. | 6,649.42 | 1,134.39 | 7,783.81 |
| Powell | Randall | Scott | 5,466.13 | 932.52 | 6,398.65 |
| Pressley | Leonard | Phillip | 7,771.51 | 1,325.82 | 9,097.33 |
| Pressley | Rickey | Randall | 7,048.25 | 1,202.43 | 8,250.68 |
| Price | John | Albert | 5,513.45 | 940.60 | 6,454.05 |
| Pridmore | Frank | David | 7,263.89 | 1,239.22 | 8,503.10 |
| Pridmore | Jack | W. | 5,965.68 | 1,017.75 | 6,983.43 |
| Pullum | Billy | Joe | 7,712.96 | 1,315.83 | 9,028.79 |
| Queen | Kenneth | MacArther | 8,067.94 | 1,376.39 | 9,444.33 |
| Queen | Vickie | Lynn | 6,260.27 | 1,068.00 | 7,328.28 |
| Raines | Shelby | Jean | 5,161.20 | 880.50 | 6,041.70 |
| Ramey | Earl | Daniel | 6,834.32 | 1,165.93 | 8,000.25 |
| Rathbone | Daniel | Jerome | 7,222.49 | 1,232.16 | 8,454.65 |
| Redmond | Dorothy | W. | 5,952.00 | 1,015.41 | 6,967.41 |
| Reese | James | Steven | 7,349.74 | 1,253.86 | 8,603.60 |
| Reid | Richard | Keith | 6,690.04 | 1,141.32 | 7,831.36 |
| Rice | Clyde | Mikey | 6,525.39 | 1,113.23 | 7,638.62 |
| Rice | David | Lee | 6,114.37 | 1,043.11 | 7,157.48 |
| Rice | Virginia | A. | 5,932.66 | 1,012.11 | 6,944.77 |
| Rider | Brenda | M. | 5,538.74 | 944.91 | 6,483.65 |
| Roberts | Donald | M. | 6,157.81 | 1,050.52 | 7,208.33 |
| Robertson | Andrea | Loriane | 5,637.20 | 961.71 | 6,598.90 |
| Robinson | James | Ray | 6,298.13 | 1,074.46 | 7,372.59 |
| Robinson | Kevin | Dean | 6,028.97 | 1,028.54 | 7,057.52 |

| | | | | | | |
|---|---|---|---|---:|---:|---:|
| Robinson | Richard | Alonzo | | 5,950.03 | 1,015.07 | 6,965.10 |
| Robinson | Terry | Michael | | 6,762.74 | 1,153.72 | 7,916.46 |
| Rogers | Harvey | G. | III | 6,247.19 | 1,065.77 | 7,312.96 |
| Rogers | Michael | C. | | 7,238.35 | 1,234.86 | 8,473.21 |
| Rogers | Robert | Ira | | 8,624.77 | 1,471.39 | 10,096.16 |
| Rogers | Robert | Timothy | | 8,767.17 | 1,495.68 | 10,262.85 |
| Rowe | Brian | Edward | | 6,197.00 | 1,057.21 | 7,254.21 |
| Russell | Anita | Hoxit | | 6,121.07 | 1,044.25 | 7,165.32 |
| Russell | William | Carlous | | 6,174.00 | 1,053.28 | 7,227.29 |
| Sader | Frederick | W. | | 6,955.97 | 1,186.69 | 8,142.66 |
| Salter | Jackie | L. | | 5,266.40 | 898.45 | 6,164.84 |
| Salter | Jerry | L. | | 6,977.59 | 1,190.38 | 8,167.97 |
| Sansosti | Joseph | Anthony | | 7,538.74 | 1,286.11 | 8,824.85 |
| Self | James | Henry | | 8,487.83 | 1,448.02 | 9,935.85 |
| Sentelle | Brenda | Joyce | | 5,713.82 | 974.78 | 6,688.60 |
| Sentelle | Dawn | S. | | 5,131.94 | 875.51 | 6,007.45 |
| Sentelle | Kerry | Lynn | | 5,860.76 | 999.85 | 6,860.61 |
| Shekels | Howard | Dee | | 6,337.76 | 1,081.22 | 7,418.99 |
| Shell | Ray | Loyd | | 6,728.54 | 1,147.89 | 7,876.43 |
| Shelton | Randall | Leroy | Jr. | 5,018.98 | 856.24 | 5,875.22 |
| Shelton | Waybern | Coy | | 8,456.36 | 1,442.65 | 9,899.01 |
| Shook | Vance | Randall | | 6,453.11 | 1,100.90 | 7,554.01 |
| Simmons | Joel | Perry | | 6,800.03 | 1,160.09 | 7,960.12 |
| Simpson | John | Thomas | | 6,305.70 | 1,075.75 | 7,381.45 |
| Simpson | Keith | M. | | 5,353.72 | 913.34 | 6,267.06 |
| Singleton | James | E. | Jr. | 5,719.09 | 975.68 | 6,694.76 |
| Siniard | Hugh | Logan | | 5,045.10 | 860.69 | 5,905.79 |
| Siniard | Nathan | W. | | 6,435.53 | 1,097.90 | 7,533.44 |
| Sisk | Lesley | Blane | | 5,595.04 | 954.51 | 6,549.56 |
| Sizemore | Charles | Lee | | 7,188.84 | 1,226.42 | 8,415.26 |
| Slagle | Donald | Jurile | | 6,472.64 | 1,104.23 | 7,576.87 |
| Smith | David | Ronald | | 8,767.22 | 1,495.69 | 10,262.91 |
| Smith | Edgar | James | Jr. | 5,909.20 | 1,008.11 | 6,917.31 |
| Smith | Jean | Dale | | 6,334.39 | 1,080.65 | 7,415.04 |
| Smith | Jimmy | Dale | | 5,192.79 | 885.89 | 6,078.68 |
| Smith | Lisa | Miller | | 6,054.40 | 1,032.88 | 7,087.28 |
| Smith | Marlene | R. | | 5,791.73 | 988.07 | 6,779.80 |
| Smith | Raymond | A. | | 4,100.08 | 699.47 | 4,799.55 |
| Smith | Richard | Francis | Jr. | 6,525.45 | 1,113.24 | 7,638.69 |
| Smith | Richard | Harold | | 6,278.54 | 1,071.12 | 7,349.66 |
| Smith | Robert | Gudger | III | 8,431.56 | 1,438.42 | 9,869.98 |
| Snipes | Betty | Lou | | 6,060.85 | 1,033.98 | 7,094.83 |
| Snipes | Charles | E. | | 4,911.98 | 837.98 | 5,749.97 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Snipes | Ray | L. | | 6,124.03 | 1,044.76 | 7,168.79 |
| Souther | Stephen | Morrow | | 7,105.60 | 1,212.22 | 8,317.82 |
| Sprouse | Oatzel | Dwight | | 6,247.19 | 1,065.77 | 7,312.96 |
| Sprouse | Richard | Edward | | 6,734.51 | 1,148.91 | 7,883.42 |
| Sprouse | Ruby | R. | | 6,008.89 | 1,025.12 | 7,034.01 |
| Stanley | Mark | Douglas | | 5,830.42 | 994.67 | 6,825.08 |
| Stepp | Darlene | M. | | 5,945.78 | 1,014.35 | 6,960.13 |
| Stiles | Earnest | William | | 6,035.37 | 1,029.63 | 7,065.00 |
| Stiles | Patricia | Ann | | 5,512.23 | 940.39 | 6,452.62 |
| Stiles | Ronnie | | | 6,124.03 | 1,044.76 | 7,168.79 |
| Stone | Vincent | F. | Jr. | 6,645.66 | 1,133.75 | 7,779.41 |
| Stroup | Charles | Rufus | | 7,372.97 | 1,257.83 | 8,630.80 |
| Stroup | Suzanne | C. | | 6,182.51 | 1,054.74 | 7,237.24 |
| Stuart | Jerry | Lee | | 4,500.41 | 767.77 | 5,268.18 |
| Suber | David | Calvin | | 5,589.53 | 953.57 | 6,543.10 |
| Surrette | Peter | V. | | 6,474.83 | 1,104.61 | 7,579.43 |
| Suttles | James | Alvin | | 6,518.77 | 1,112.10 | 7,630.87 |
| Suttles | Johnny | Lee | | 6,265.27 | 1,068.85 | 7,334.12 |
| Talley | Gary | Michael | | 7,800.52 | 1,330.77 | 9,131.29 |
| Taylor | Gary | O. | | 7,404.17 | 1,263.15 | 8,667.32 |
| Thomas | James | Lewis | | 7,102.89 | 1,211.75 | 8,314.64 |
| Tilson | Glenn | Thomas | | 6,095.28 | 1,039.86 | 7,135.14 |
| Tilson | Steve | Delman | | 7,901.01 | 1,347.91 | 9,248.93 |
| Tinsley | Frank | Eugene | | 9,253.44 | 1,578.64 | 10,832.08 |
| Trent | Joseph | Richard | | 6,756.48 | 1,152.66 | 7,909.14 |
| Tritt | John | Larry | | 6,175.41 | 1,053.52 | 7,228.93 |
| Tritt | Rita | Gayleen | | 5,816.42 | 992.28 | 6,808.70 |
| Tritt | Shirley | B. | | 4,087.50 | 697.33 | 4,784.83 |
| Walker | Billy | Dennis | | 6,629.35 | 1,130.97 | 7,760.32 |
| Walker | Danny | | | 6,830.50 | 1,165.28 | 7,995.78 |
| Walker | Evelyn | L. | | 6,049.07 | 1,031.97 | 7,081.04 |
| Walker | Kenneth | E. | | 5,079.78 | 866.61 | 5,946.39 |
| Warren | Charles | Willard | Jr. | 6,754.31 | 1,152.28 | 7,906.59 |
| Washington | Virginia | Denise | | 6,948.15 | 1,185.35 | 8,133.51 |
| Watson | Elizabeth | K. | | 3,758.37 | 641.18 | 4,399.55 |
| Watson | Joseph | Evan | | 6,650.31 | 1,134.54 | 7,784.85 |
| White | Steven | T. | | 4,961.42 | 846.42 | 5,807.84 |
| Whitesides | Jerry | Lee | | 5,537.27 | 944.66 | 6,481.93 |
| Whitlock | Winfred | Harrison | | 7,147.98 | 1,219.45 | 8,367.43 |
| Whitmire | Brian | Keith | | 7,003.42 | 1,194.78 | 8,198.20 |
| Whitmire | Christopher | Edwin | | 6,000.53 | 1,023.69 | 7,024.21 |
| Whitmire | Edward | L. | | 6,975.07 | 1,189.95 | 8,165.02 |
| Whitmire | Gary | Stephen | | 6,257.32 | 1,067.50 | 7,324.82 |

| | | | | | |
|---|---|---|---|---:|---:|---:|
| Whitmire | James | Ray | | 7,294.47 | 1,244.44 | 8,538.91 |
| Whitmire | Jerry | L. | | 6,883.78 | 1,174.37 | 8,058.15 |
| Whitmire | Jerry | Lee | | 6,124.03 | 1,044.76 | 7,168.79 |
| Whitmire | Marcus | Blake | | 6,603.37 | 1,126.54 | 7,729.91 |
| Whitmire | Philip | Michael | | 7,084.57 | 1,208.63 | 8,293.20 |
| Wilkes | Harold | N. | | 5,691.16 | 970.91 | 6,662.07 |
| Wilkes | Marvin | Craig | | 5,587.56 | 953.24 | 6,540.80 |
| Williams | Albert | Wayne | | 5,964.55 | 1,017.55 | 6,982.10 |
| Williams | Sandra | K. | | 6,309.82 | 1,076.45 | 7,386.27 |
| Williamson | Tommy | Lee | | 7,264.79 | 1,239.37 | 8,504.16 |
| Wilmot | Keith | Edwin | | 7,174.89 | 1,224.04 | 8,398.93 |
| Wilson | Cecil | Wayne | | 7,127.10 | 1,215.88 | 8,342.98 |
| Wilson | David | Michael | | 7,432.22 | 1,267.94 | 8,700.15 |
| Wilson | Michael | R. | | 7,546.47 | 1,287.43 | 8,833.89 |
| Wines | Jackie | Allen | | 6,038.92 | 1,030.24 | 7,069.16 |
| Wolfe | Martha | H. | | 5,159.43 | 880.20 | 6,039.63 |
| Wood | Leonard | Wayne | | 7,208.68 | 1,229.80 | 8,438.48 |
| Woodring | Robert | S. | | 6,821.79 | 1,163.80 | 7,985.59 |
| Wynn | Lennette | A. | | 6,707.81 | 1,144.35 | 7,852.16 |
| Wynn | Lennon | N. | | 6,372.73 | 1,087.19 | 7,459.92 |
| Wynn | Lindsey | Edward | | 5,054.99 | 862.38 | 5,917.37 |
| Young | Hale | Dedric | | 6,251.62 | 1,066.53 | 7,318.14 |
| Zachary | Jimmy | L. | | 6,251.62 | 1,066.53 | 7,318.14 |
| | | | | 3,081,700.19 | 525,738.05 | 3,607,438.24 |

2.
        Plaintiffs are entitled to receive their reasonable attorneys' fees and costs incurred, and Langdon M. Cooper, Trustee in Bankruptcy for

RFS Ecusta, Inc. and Nathu Puri, jointly and severally, shall make

reimbursement to Plaintiffs for same, as follows:

        a.
           For Weinberg, Roger & Rosenfeld, $ 422,533 for attorneys fees and $ 1,234.78 for costs incurred;

        b.
           For Joyce M. Brooks, $ 180,591.00  for attorneys' fees and $ 6,907.99 for costs incurred.


        IT IS SO ORDERED.


                      Signed: August 4, 2006


100390/429243
                      Lacy H. Thornburg
                      United States District Judge